**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1120**

KWAME YEBOAH-KANKAM,

Plaintiff - Appellant,

v.

PRINCE WILLIAM COUNTY SCHOOL BOARD,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:17-cv-00549-LMB-JFA)

Submitted: April 19, 2018                                      Decided: April 24, 2018

Before GREGORY, Chief Judge, THACKER and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kwame Yeboah-Kankam, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kwame Yeboah-Kankam appeals the district court's order granting the Prince William County School Board summary judgment on his discrimination, hostile work environment, and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2017), and his state law claim for intentional infliction of emotional distress. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Yeboah-Kankam v. Prince William Cty. Sch. Bd.*, No. 1:17-cv-00549-LMB-JFA (E.D. Va. Dec. 29, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*